THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RONALD FAGIN, Defendant-Appellant.

(No. 55994; )

First District (1st Division)—March 26, 1973.

Opinion by Mr. PRESIDING JUSTICE BURKE.

James J. Doherty, Public Defender, of Chicago, (Ian Levin and Stanley Sacks, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Frederick I. Chaimson, Assistant State's Attorneys, of counsel,) for the People.